VINCENT A. HARRINGTON, JR., Bar No. 071119
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIN YEE POON, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>ROXANNE SANCHEZ, et al.<br><br>        Defendants. | Case No.   CV 11 0832 SC<br><br>**DECLARATION OF SETH SCHAPIRO IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:      February 25, 2011<br>Time:     10:00 a.m.<br>Courtroom: 1, 17th Floor |

I, Seth Schapiro, hereby declare as follows:

1. In my capacity as Head of Operations and Labor Relations I was assigned to work with the bylaws election committee to help facilitate the work of the committee. If called as a witness I could testify competently to the facts set forth in this declaration of my own personal knowledge.

2. If the bylaws vote is delayed the local will bear significant costs both in time and money.

3. Most of the costs associated with the running of the election have already been paid or contractually obligated.

4. We have a contract signed by CEO Sin Yee Poon with Election Services Solution for $78,200. A significant amount of the costs associated with this contract have already been

---

DECLARATION OF SETH SCHAPIRO IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR
TEMPORARY RESTRAINING ORDER
CASE NO. CV 11 0832 SC

expended and the local may be obligated to pay the full amount. Most of the material produced for the election would need to be redesigned and reprinted.

5. A delay in the election would necessitate a new or amended contract with Election Services Solution and could cost the local up to an additional $78,200.

6. In addition we have incurred costs with a mailing to notify member of the vote which was mailed on February 14th. The mailing included a notice of the election/election rules, the proposed amended bylaws, a summary of the proposed changes, and the board recommendation. The cost of that mailing for printing and mailing was approximately $44,000. If the vote is delayed a new mailing may have to be done to inform the members regarding the new dates and timelines for the election.

7. Finally, all the documents referenced above were translated into four languages as well as audio recordings for the election hotline at the approximate cost of $8200 dollars. There would need to be changes on the documents and audio recordings costing additional money for translations.

I declare under penalty of perjury, pursuant to the laws of the State of California that the foregoing is true and correct of my own personal knowledge, except as to any matters stated to be on information and belief, and as to those matters, I believe them to be true.

Executed this 24th day of February, 2011, in __Oakland__, California.

*SETH SCHAPIRO*

1/609775

- 2 -

DECLARATION OF SETH SCHAPIRO IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER
CASE NO. CV 11 0832