KENNETH C. ABSALOM (SBN 114607)
JAMES J. ACHERMANN (SBN 262514)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

Attorneys for Plaintiffs,
SIN YEE POON, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIN YEE POON, et al., | Case No.: CV-11-0832-SC |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| ROXANNE SANCHEZ, et al., | |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

// //

// //

Stipulation of Dismissal Without Prejudice
- 1

Dated: September ____, 2011

                                              Kenneth C. Absalom
                                        Law Offices of Nevin & Absalom
                                             22 Battery St. Suite 333
                                           San Francisco CA. 94111
                                             Attorney for Plaintiffs

Dated: September 20, 2011

                                             Vin Harrington
                                             Antonio Ruiz
                                        Weinberg Roger & Rosenfeld
                                1001 Marina Village Parkway Suite 200
                                          Alameda, CA 94501-1091
                                          Attorney for Defendants

**IT IS SO ORDERED**:

Dated: September 21, 2011

IT IS SO ORDERED
Judge Samuel Conti