KENNETH C. ABSALOM (SBN 114607)
JAMES J. ACHERMANN (SBN 262514)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

Attorneys for Plaintiffs,
SIN YEE POON, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIN YEE POON, et al., | Case No.: CV-11-0832-SC |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| ROXANNE SANCHEZ, et al., | |
| Defendants | |

        IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-captioned action be and hereby is dismissed without prejudice

pursuant to FRCP 41(a)(1).


// //

// //

1     Dated: September _____, 2011

2

3                                               Kenneth C. Absalom

4                           Law Offices of Nevin & Absalom
                              22 Battery St. Suite 333

5                              San Francisco CA. 94111
                              Attorney for Plaintiffs

6

7     Dated: September 20, 2011

8                                               Vin Harrington
                                         Antonio Ruiz

9                         Weinberg Roger & Rosenfeld
                 1001 Marina Village Parkway Suite 200

10                           Alameda, CA 94501-1091
                              Attorney for Defendants

11

12

13         **IT IS SO ORDERED**:

14

15     Dated: ___September 21, 2011___

16

17

18

19

20

21

22

23

24

25

26

27

28